# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHELLE SHAW**                                                                                   **PLAINTIFF**

V.                          **No. 4:22-CV-00483-JM-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                        **DEFENDANT**

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE