# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHELLE SHAW**                                                                                       **PLAINTIFF**

**V.**                             **No. 4:22-CV-00483-JM-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

DATED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE